# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

RHONDA STOCKWELL                                                                         PLAINTIFF

V.                                          No. 3:23-CV-60-JTR

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                                           DEFENDANT

## ORDER

Plaintiff, Rhonda Stockwell, seeks judicial review of the administrative denial of her claims for Supplemental Social Security Income (SSI) benefits. *Doc. 2*. The Commissioner has filed an Unopposed Motion to Remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). *Doc. 15*. The Motion states that Plaintiff's counsel does not oppose the requested remand. *Id.* at 2. Under the circumstances, remand is appropriate.

Accordingly, the Commissioner's Unopposed Motion to Remand (*Doc. 15*) is GRANTED. The Commissioner's prior decision is REVERSED, and this matter is REMANDED for further administrative proceedings and issuance of a new decision. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED, this 18th day of July, 2023.

_____
UNITED STATES MAGISTRATE JUDGE