UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RHONDA STOCKWELL                                                                                   PLAINTIFF

V.                                              No. 3:23-CV-60-JTR

KILOLO KIJAKAZI, Acting Commissioner
Social Security Administration                                                                     DEFENDANT

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for Plaintiff, Rhonda Stockwell, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 18th day of July, 2023.

_____
UNITED STATES MAGISTRATE JUDGE