# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

RHONDA STOCKWELL                                                         PLAINTIFF

V.                                  No. 3:23-CV-60-JTR

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                           DEFENDANT

## ORDER

Before the Court is Plaintiff Rhonda Stockwell's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA") and Brief in Support. *Doc. 18; Doc. 19.* Plaintiff's attorney, Stephanie Bartels Wallace, requests a total award of **$4,368.20** (which sum includes 7.80 attorney hours incurred in 2023 at the rate of $244 per hour and 24.65 paralegal hours at the rate of $100 per hour). The Motion is unopposed. *Doc. 20.* The Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA and that the requested sum is reasonable.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees pursuant to the EAJA (*Doc. 18*) is GRANTED.

Plaintiff is awarded **$4,368.20** in fees and expenses under the EAJA.[1]

SO ORDERED, this 22nd day of September, 2023.

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff but mailed to the Plaintiff in care of Plaintiff's attorney at the attorney's office.

_____
UNITED STATES MAGISTRATE JUDGE